IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-188-BR-1
No. 5:16-CR-188-BR-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| DONOVAN HENRY KEARNEY | ) | |
| DERRICK AMIR JARROD WIGGINS, | ) | |
| Defendants. | ) | |

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Malcolm J. Howard, Senior United States District Judge, for all further proceedings. Senior United States District Judge W. Earl Britt is no longer assigned to the case. **All future documents shall reflect the revised case number of 5:16-CR-188-H.**

SO ORDERED. This the 2nd day of September, 2016.

_____
Julie Richards Johnston
Clerk of Court