# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

NO: 5:16-CR-188-1H

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| DONOVAN HENRY KEARNEY | |

Upon motion of the Defendant, by and through counsel, it is hereby ORDERED that Docket Entry 68 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Federal Public Defenders Office.

This the 23rd day of January 2017.

MALCOLM J. HOWARD
Senior United States District Court Judge